1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  JASWAL JORAWAH SINGH,                )    1:07-CV-00503 LJO DLB HC
                                        )
9                     Petitioner,       )
                                        )    ORDER GRANTING MOTION TO DISMISS
10        v.                            )    [Doc. #7]
                                        )
11                                      )
     ALBERTO R. GONZALES, et al.,       )
12                                      )
                      Respondents.      )
13   _____  )

14

15        _____Petitioner, a detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), has

16   filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

17        On April 30, 2007, Respondent filed a motion to dismiss the petition for mootness.

18   Respondent states Petitioner has been released from custody. In support of this contention,

19   Respondent has submitted a copy of the Release Notification which shows Petitioner was granted

20   release on April 25, 2007, pursuant to an order of supervision. See Exhibit 1, Motion to Dismiss.

21        Accordingly, good cause having been presented and good cause appearing therefor, IT IS

22   ORDERED that Respondent's Motion to Dismiss the Petition is GRANTED and the Petition is

23   DISMISSED. The Clerk of Court is DIRECTED to enter judgment.

24   IT IS SO ORDERED.

     **Dated:   May 7, 2007**              _____/s/ Lawrence J. O'Neill_____
25                                          UNITED STATES DISTRICT JUDGE

26
27
28